IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN KUDRLE, INDIVIDUALLY & AS PARENT & NEXT FRIEND OF MICHAEL ROCCI, III, A MINOR, | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) ) | |
| vs. | ) ) ) | No. 20CV3827 <br> JURY TRIAL DEMANDED |
| AUTUMN FIELDS HOMEOWNERS ASSOCIATION, an Illinois not-for-profit corporation, JOHN BLOHM, as Agent for BOARD OF DIRECTORS of AUTUMN FIELDS HOMEOWNERS ASSOCIATION, & NEMANICH CONSULTING MANAGEMENT, INC., an Illinois Corporation, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41, serves this notice of voluntary dismissal, with prejudice, as to all Defendants as follows:

1. This action was filed on June 29, 2020.

2. Defendants have not been served and have not appeared.

3. All Plaintiffs move to dismiss this cause with prejudice.

WHEREFORE, Plaintiffs, **Morgan Kudrle,** *Individually and as parent next of friend,* **Michael Rocci III** [moving party] respectfully requests this Court to dismiss, with prejudice,

Defendants *Nemanich Consulting Management, Inc., an Illinois Corporation,* **Autumn Fields Homeowners Association,** *an Illinois not-for-profit corporation,* **John Blohm,** *as Agent for Board of Directors of Autumn Fields Homeowners Association* from this action.

Date: August 20, 2020

                                           **Respectfully submitted,**

                                           MORGAN KUDRLE AND MICHAEL ROCCI, III, A MINOR,

                                           By: _____
                                                **ADEENA WEISS ORTIZ**
                                                One of the Attorneys for Plaintiffs

**Weiss Ortiz, P.C.**
1011 East 31st Street
La Grange Park, IL 60604
Phone: (773) 498-4498
Fax: (312) 276-3040
info@weissortizlaw.com
#6278679