UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Morgan Kudrle

                Plaintiff,

v.                                                     Case No.: 1:20–cv–03827
                                                           Honorable John J. Tharp Jr.

Nemanich Consulting Management, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 1, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the plaintiffs' notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [4], all scheduled hearings and deadlines are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.